# Court of Appeals
# of the State of Georgia

ATLANTA,   August 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2309.    DWAYNE P. ECKERT, et al. v. PHH MORTGAGE CORPORATION.**

Defendant Dwayne P. Eckert filed a direct appeal of the trial court's order granting the plaintiff's motion for judgment on the pleadings as to him.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989); see also *Yates v. CACV of Colorado*, 295 Ga. App. 69 (670 SE2d 884) (2008).  Here, the trial court's order grants judgment on the pleadings as to plaintiff's claim against Eckert, but plaintiff's other claims remain pending.  Thus, it is not a final judgment.  To appeal that order, Eckert was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Johnson*, supra.

Because Eckert has failed to comply with the interlocutory appeal procedures, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/10/2012
*I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____ *, Clerk.*